The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMARIS WAKONYO MUITA & PHILIP MWANGI KARANJA,<br><br>Plaintiffs,<br><br>v.<br><br>CYNTHIA MUNITA, Seattle Field Office Director of the United States Citizenship & Immigration Services; ALEJANDRO MAYORKAS[1], Secretary of the Department of Homeland Security; UR JADDOU[2], Director of the United States Citizenship & Immigration Services; JEAN KING[3], Acting Director of the Executive Office for Immigration Review; MERRICK GARLAND[4], Attorney General,<br><br>Defendants. | Case No. 2:20-cv-1582 MLP<br><br>STIPULATION AND ORDER TO DISMISS<br><br>Note on Motion Calendar:<br>August 26, 2021 |

On August 19, 2021, USCIS approved the I-130 visa petition which is the subject of the present litigation. As a result, Plaintiffs Damaris Wakonyo Muita and Philip Mwangi Karanja, and Defendants Cynthia Munita, Alejandro Mayorkas, Ur M. Jaddou, Jean King, and Merrick

---

[1] Secretary of the Department of Homeland Security Alejandro Mayorkas is automatically substituted in his official capacity for former Secretary Chad Wolf under Federal Rule of Civil Procedure 25.
[2] Director of the United States Citizenship & Immigration Services Ur M. Jaddou is automatically substituted in her official capacity for former Director Kenneth Cuccinelli under Federal Rule of Civil Procedure 25.
[3] Acting Director of the Executive Office for Immigration Review Jean King is automatically substituted in her official capacity for former Director James McHenry under Federal Rule of Civil Procedure 25.
[4] Attorney General Merrick Garland is automatically substituted in his official capacity for former Attorney General Jeffrey Rosen under Federal Rule of Civil Procedure 25.

STIPULATION AND ORDER
TO DISMISS
2:20-cv-1582 MLP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Garland, in their official capacities, by and through their counsel of record, agree that this case is now resolved and can be dismissed with prejudice and without costs or fees to either party.

Stipulated to and presented this 26th day of August, 2021.

| | |
|---|---|
| OPEN SKY LAW PLLC | TESSA M. GORMAN<br>Acting United States Attorney |
| s/ *Devin T Theriot-Orr*<br>DEVIN T THERIOT-ORR, WSBA #33995<br>20415 72nd Ave S Ste 110<br>Kent, WA 98032<br>Phone: 206-962-5052<br>Fax: 206-681-9663<br>Email: Devin@opensky.Law<br><br>*Attorney for Plaintiff* | s/ *Sarah K. Morehead*<br>SARAH K. MOREHEAD, WSBA #29680<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  sarah.morehead@usdoj.gov<br><br>*Attorney for Defendants* |

STIPULATION AND ORDER
TO DISMISS
2:20-cv-1582 MLP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

It is hereby so **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party.

DATED this 7th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
TO DISMISS
2:20-cv-1582 MLP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970